UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2244 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Texas.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Texas with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 12, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE
HIP IMPLANT PRODUCTS LIABILITY LITIGATION                                MDL No. 2244

### SCHEDULE FOR CRO

| | **TRANSFEREE** | | | **TRANSFEROR** | | | |
|---|---|---|---|---|---|---|---|
| | **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| | TXN | 3 | 17–00953 | AK | 3 | 17–00034 | Scott v. Depuy Orthopaedics Inc |
| | TXN | 3 | 11–03585 | CAC | 2 | 11–09984 | Cindy Greenwood v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 12–03796 | CAC | 2 | 12–06832 | Craig Liebscher v. DePuy Orthopaedics, Inc. et al |
| | TXN | 3 | 17–02223 | CAC | 2 | 17–05658 | Lester et al v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 18–00544 | CAC | 8 | 18–00191 | Marile Aragon et al v. Johnson and Johnson et al |
| | TXN | 3 | 15–00440 | CAN | 4 | 14–05407 | Canty et al v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 15–02454 | CAN | 4 | 15–02723 | Muldoon v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 18–00474 | FLM | 2 | 17–00670 | Young v. Johnson & Johnson Services Inc et al |
| | TXN | 3 | 11–01452 | IAS | 4 | 11–00032 | Near et al v. DePuy Orthopaedics, Inc. |
| | TXN | 3 | 20–00287 | ID | 2 | 19–00235 | Jennings–Moline v. DePuy Orthopaedics, Inc. et al |
| | TXN | 3 | 15–01735 | ILC | 3 | 15–03123 | Bell v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 13–00010 | KYE | 2 | 12–00257 | Gerdes et al v. Depuy Orthopaedics, Inc. |
| | TXN | 3 | 21–00356 | LAE | 2 | 12–00464 | Roy et al v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 13–03673 | LAE | 2 | 13–05417 | Cadella v. Johnson & Johnson et al |
| | TXN | 3 | 13–01172 | MOW | 2 | 13–04058 | Winkelmeyer et al v. DePuy Orthopedics, Inc. et al |
| | TXN | 3 | 13–05060 | NV | 2 | 13–01444 | McMillon et al v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 12–00384 | NYS | 1 | 11–09374 | Singer et al v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 21–01321 | OHN | 1 | 21–00897 | Hall v. Medical Device Business Services Inc et al |
| | TXN | 3 | 11–02957 | TNM | 2 | 11–00108 | Campbell et al v. DePuy Orthopaedics, Inc. et al |
| * | TXN | 3 | 13–02664 | CAC | 2 | 13–02194 | Richard H Weatherly, Jr. v. DePuy Orthopaedics Inc et al |
| | TXN | 3 | 22–00384 | VAE | 1 | 21–01336 | Ickes v. Medical Device Business Services Inc et al |
| | TXN | 3 | 11–02390 | VAW | 7 | 11–00381 | Bailey v. DePuy Orthopaedics, Inc. et al |

* – denotes that the civil action has been severed.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, § | | |
| INC., PINNACLE HIP IMPLANT § | | MDL Docket No. |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | 3:11-MD-2244-K |
| § | | |
| § | | |
| ---------------------------------------------- § | | |
| *This Document Relates To* § | | Honorable Ed Kinkeade |
| *Referenced Cases* § | | |
| ---------------------------------------------- | | |

## SUGGESTION OF REMAND ORDER

The Court issues this Suggestion of Remand to the United States Judicial Panel for Multidistrict Litigation (the "Panel") regarding seven cases pending in this MDL pursuant to 28 U.S.C. § 1407(a).

The power to remand MDL cases rests solely with the Panel. 28 U.S.C. § 1407(a); *see Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 28 (1998). The Panel typically relies on the transferee court to suggest when remand should be ordered. J.P.M.L. Rule 10.1(b)(i); *see In re Motor Fuel Temperature Sales Practices Litig.*, No. 07-MD-1840-KHV, 2012 WL 1963350, at *1 (D. Kan. May 30, 2012). Indeed, the Panel "is reluctant to order a remand absent the suggestion of the transferee judge[.]" J.P.M.L. Rule 10.3(a); *see In re Regions Morgan Keegan Sec., Derivative & ERISA Litig.*, No. 2:09-md-2009-SHM, 2013 WL 5614285, at *2 (W.D. Tenn. Feb. 28, 2013). The transferee court may suggest remand when cases are "ready for trial, or . .

Page 1

. would no longer benefit from inclusion in the coordinated or consolidated pretrial proceedings." *In re Multi-Piece Rim Prods. Liab. Litig.*, 464 F. Supp. 969, 975 (J.P.M.L. 1979); s*ee In re TMJ Implants Prods. Liab. Litig.*, 872 F. Supp. 1019, 1038 (D. Minn. 1995).

Presently, this MDL has only 57 remaining cases, and these seven cases are best returned to the transferor courts for further proceedings because they are in the early stages of discovery unlike the other cases on a scheduling order to complete pretrial proceedings by January 2023. *See In re TMJ Implants*, 872 F. Supp. at 1038-39 (suggesting remand of cases that no longer benefited from consolidated pretrial proceedings):

| | |
|---|---|
| 3:12-cv-03796-K | Craig Liebscher v. DePuy Orthopaedics, Inc. et al (to be transferred to the Central District of California); |
| 3:13-cv-03673-K | Cadella v. Johnson & Johnson et al (to be transferred to the Eastern District of Louisiana); |
| 3:13-cv-05060-K | McMillon et al v. DePuy Orthopaedics Inc et al (to be transferred to the District of Nevada); |
| 3:15-cv-01735-K | Bell v. DePuy Orthopaedics Inc et al (to be transferred to the Central District of Illinois); |
| 3:15-cv-02454-K | Muldoon v. DePuy Orthopaedics Inc et al (to be transferred to the Northern District of California); and |
| 3:21-cv-00356-K | Roy et al v. DePuy Orthopaedics Inc et al (to be transferred to the Eastern District of Louisiana). |
| 3:22-cv-00384-K | Ickes v. Medical Device Business Services Inc et al (to be transferred to the Eastern District of Virginia). |

As indicated in its Plaintiffs' Executive Committee's ("PEC") Status Report [Dkt. 1211], all plaintiff attorneys in these cases continue to have access to an FTP site including the following information from the eighteen individual bellwether cases tried in this Court from four different states: (1) all of the exhibits that were introduced in each of the five trials, (2) all of the trial transcripts from the five trials, (3) all motions *in limine*, (4) jury questionnaires, jury charges and verdict forms, (5) access to over 300 depositions (transcripts, videos, and exhibits), (6) dispositive motions along with the PEC's responses, (7) generic expert reports, (8) Instructions for Use ("IFU"s) and (9) appellate court briefing. In addition, the PEC has reported to this Court that it is and will continue making itself available to respond to questions [Dkt. 1211].

The transferee courts that receive cases from this MDL will have the benefit of this Court's rulings on various issues related to personal jurisdiction, summary judgment, and admissibility pursuant to the rules of evidence and the *Daubert* standard based on the memorandum opinions and orders entered in those cases. An illustrative, but non-exhaustive list, of the proceedings in this MDL has been maintained by the Court throughout its duration at: https://www.txnd.uscourts.gov/mdl-311-md-02244.

Pursuant to J.P.M.L. Rule 10.1(b)(i), the Court SUGGESTS that the Panel remand the identified seven cases to their transferor districts for further proceedings. The Clerk shall forward a certified copy of this order to the Panel.

**SO ORDERED.**

Signed December 30th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, § | | |
| INC., PINNACLE HIP IMPLANT § | | MDL Docket No. |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | 3:11-MD-2244-K |
| § | | |
| § | | |
| ---------------------------------------------- § | | |
| *This Document Relates To* § | | Honorable Ed Kinkeade |
| *Referenced Cases* § | | |
| ---------------------------------------------- | | |

### SUGGESTION OF REMAND ORDER

The Court issues this Suggestion of Remand to the United States Judicial Panel for Multidistrict Litigation (the "Panel") regarding 16 cases pending in this MDL pursuant to 28 U.S.C. § 1407(a).

The power to remand MDL cases rests solely with the Panel. 28 U.S.C. § 1407(a); *see Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 28 (1998). The Panel typically relies on the transferee court to suggest when remand should be ordered. J.P.M.L. Rule 10.1(b)(i); *see In re Motor Fuel Temperature Sales Practices Litig.*, No. 07-MD-1840-KHV, 2012 WL 1963350, at *1 (D. Kan. May 30, 2012). Indeed, the Panel "is reluctant to order a remand absent the suggestion of the transferee judge[.]" J.P.M.L. Rule 10.3(a); *see In re Regions Morgan Keegan Sec., Derivative & ERISA Litig.*, No. 2:09-md-2009-SHM, 2013 WL 5614285, at *2 (W.D. Tenn. Feb. 28, 2013). The transferee court may suggest remand when cases are "ready for trial, or . . .

Page 1

. would no longer benefit from inclusion in the coordinated or consolidated pretrial proceedings." *In re Multi-Piece Rim Prods. Liab. Litig.*, 464 F. Supp. 969, 975 (J.P.M.L. 1979); s*ee In re TMJ Implants Prods. Liab. Litig.*, 872 F. Supp. 1019, 1038 (D. Minn. 1995).

Presently, this MDL has only 57 remaining cases, and these 15 cases are best returned to the transferor courts for further proceedings because they are on a scheduling order to complete pretrial proceedings by January 2023. *See In re TMJ Implants*, 872 F. Supp. at 1038-39 (suggesting remand of cases that no longer benefited from consolidated pretrial proceedings):

| | |
|---|---|
| 3:11-cv-01452-K | Near et al v. DePuy Orthopaedics, Inc. (to be transferred to the Southern District of Iowa); |
| 3:11-cv-02390-K | Bailey v. DePuy Orthopaedics, Inc. et al (to be transferred to the Western District of Virginia); |
| 3:11-cv-02957-K | Campbell et al v. DePuy Orthopaedics, Inc. et al (to be transferred to the Middle District of Tennessee); |
| 3:11-cv-03585-K | Cindy Greenwood v. DePuy Orthopaedics Inc et al (to be transferred to the Central District of California); |
| 3:12-cv-00384-K | Singer et al v. DePuy Orthopaedics Inc et al (to be transferred to the Southern District of New York); |
| 3:13-cv-00010-K | Gerdes et al v. Depuy Orthopaedics, Inc. (to be transferred to the Eastern District of Kentucky); |
| 3:13-cv-01172-K | Winkelmeyer et al v. DePuy Orthopedics, Inc. et al (to be transferred to the Western District of Missouri); |

| 3:13-cv-02664-K | Richard H Weatherly, Jr. v. DePuy Orthopaedics Inc et al (to be transferred to the Central District of California); |
| 3:15-cv-00440-K | Canty et al v. DePuy Orthopaedics Inc et al (to be transferred to the Northern District of California); |
| 3:17-cv-00953-K | Scott v. Depuy Orthopaedics Inc (to be transferred to the District of Alaska); |
| 3:17-cv-02223-K | Lester et al v. DePuy Orthopaedics Inc et al (to be transferred to the Central District of California); |
| 3:18-cv-00474-K | Young v. Johnson & Johnson Services Inc et al (to be transferred to the Middle District of Florida); |
| 3:18-cv-00544-K | Marile Aragon et al v. Johnson and Johnson et al (to be transferred to the Central District of California); |
| 3:20-cv-00287-K | Jennings-Moline v. DePuy Orthopaedics, Inc. et al (to be transferred to the District of Idaho); |
| 3:21-cv-01321-K | Hall v. Medical Device Business Services Inc et al (to be transferred to the Northern District of Ohio); and |

As indicated in its Plaintiffs' Executive Committee's ("PEC") Status Report [Dkt. 1211], all plaintiff attorneys in these cases continue to have access to an FTP site including the following information from the eighteen individual bellwether cases tried in this Court from four different states: (1) all of the exhibits that were introduced in each of the five trials, (2) all of the trial transcripts from the five trials, (3) all motions *in limine*, (4) jury questionnaires, jury charges and verdict forms, (5) access to over 300 depositions (transcripts, videos, and exhibits), (6) dispositive motions along with the PEC's responses, (7) generic expert reports, (8) Instructions for Use ("IFU"s) and (9) appellate court briefing. In addition, the PEC has reported to this Court that it is and will continue making itself available to respond to questions [Dkt. 1211].

Page 3

Case 2:23-cv-01444-NJ Document 26-7 Filed 01/03/23 Page 4 of 10
Case MDL No. 2244 Document 2606-7 Filed 01/03/23 Page 4 of 10
Case 3:11-cv-01452-K   Document 57   Filed 12/30/22   Page 4 of 4   PageID 2148

The transferee courts that receive cases from this MDL will have the benefit of this Court's rulings on various issues related to personal jurisdiction, summary judgment, and admissibility pursuant to the rules of evidence and the *Daubert* standard based on the memorandum opinions and orders entered in those cases. An illustrative, but non-exhaustive list, of the proceedings in this MDL has been maintained by the Court throughout its duration at: https://www.txnd.uscourts.gov/mdl-311-md-02244.

Pursuant to J.P.M.L. Rule 10.1(b)(i), the Court SUGGESTS that the Panel remand the identified 15 cases to their transferor districts for further proceedings. The Clerk shall forward a certified copy of this order to the Panel.

**SO ORDERED.**

Signed December 30th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE