# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEBORAH McMILLON, an Individual and RICHARD McMILLON, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> DEPUY ORTHOPAEDIC, INC., an Indiana Corporation, JOHNSON & JOHNSON, a New Jersey Corporation, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | 2:13-cv-1444-RFB-BNW <br><br> **ORDER  REASSIGNING THIS CASE TO JUDGE WEKSLER** |
| DEBORAH McMILLON, an Individual and RICHARD McMILLON, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> DEPUY ORTHOPAEDIC, INC., an Indiana Corporation, JOHNSON & JOHNSON, a New Jersey Corporation, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | 2:23-cv-67-RFB-VCF <br><br> **ORDER REASSIGNING THIS CASE TO JUDGE WEKSLER** |

This action is proceeding simultaneously under two case numbers 2:13-cv-1444-RFB-BNW and 2:23-cv-67-RFB-VCF.  On December 30, 2013, the first case was transferred to the Northern District of Texas by the MDL panel, ECF No. 11.  The second case was opened January 12, 2023, upon remand, ECF No. 13 in the first case and ECF No. 46 in the second case.

To avoid having two magistrate judges involved, we direct the clerk to assign the magistrate judge duties in the second case to Magistrate Judge Brenda Weksler.

Dated this 5th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE