MORRIS LAW GROUP
Robert McCoy, No. 9121
Email:  rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email:  jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:  (702) 474-9400
Facsimile:  (702) 474-9422

Attorneys for Defendants DePuy
Orthopaedics, Inc. and Johnson & Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH McMILLON, an individual and RICHARD McMILLON, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation, JOHNSON & JOHNSON, a New Jersey Corporation, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No.: 2:13-cv-01444-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1(a), plaintiffs Deborah McMillon and Richard McMillon and defendants DePuy Orthopaedics, Inc. and Johnson & Johnson stipulate to extend the time for the defendants to file a response to plaintiffs' Complaint (#1), filed August 9, 2013 and served on December 2, 2013.  The parties stipulate that DePuy shall have 21 days from the date the Judicial Panel on Multi-District Litigation transfers this case to MDL No. 2244, *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability*

*Litigation*, pending in the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1407.  This stipulation is made to permit the defendants to apply the master answers currently on file in the MDL to this case after this action has been transferred to the MDL.

| THE FIRM, P.C. | MORRIS LAW GROUP |
|---|---|
| By: /s/ Ryan Alexander<br>Preston Rezaee, No. 10729<br>Ryan Alexander, No. 10845<br>200 East Charleston Boulevard<br>Las Vegas, Nevada  89104<br><br>Attorneys for Plaintiffs | By: /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Joni A. Jamison, No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada  89101<br><br>Attorneys for Defendants DePuy Orthopaedics, Inc. and Johnson & Johnson |

## ORDER

IT IS ORDERED that ECF No. 8 is DENIED without prejudice. ECF No. 8 was filed nearly ten years ago and sought an extension of time to file an answer once this case was transferred to the MDL. As this case was long ago transferred to the MDL, this stipulation appears moot. Accordingly, the Court will deny it without prejudice. The Court will also set this case for a status hearing on April 21, 2023 at 1:00 p.m. by Zoom video conference so the parties can inform the Court where they are at in the litigation and what remains to be done. To obtain a Zoom invitation, parties are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov.

**IT IS SO ORDERED**

**DATED:** 9:54 am, April 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**